IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

VICKIE BENTON,                                                Civil Action File No.

          Plaintiff,

v.

SAM'S EAST, INC., WAL-MART STORES
EAST, LP, WAL-MART STORES, INC.,
SAM'S REAL ESTATE BUSINESS TRUST,
WAL-MART REAL ESTATE BUSINESS
TRUST, JOHN DOE, ABC CORPORATIONS 1
And 2

          Defendants.
_____/

## NOTICE OF REMOVAL

COMES NOW SAM'S EAST, INC., WAL-MART STORES EAST, LP, WAL-MART STORES, INC., SAM'S REAL ESTATE BUSINESS TRUST, WAL-MART REAL ESTATE BUSINESS TRUST, named Defendants in the above-captioned matter, by and through its counsel of record, within the time prescribed by law, and files this Notice of Removal, showing the Court as follows:

1.

The above-named Plaintiff filed suit against Defendants in the State Court of Muscogee County, Georgia, which is within the Columbus Division of this

Court. 28 U.S.C.A. § 90 (a)(2).  Said lawsuit is styled as above and is numbered as Civil Action File No. SC2021CV001593.   Plaintiff's claims against Defendants include claims of negligence.

2.

Plaintiff filed the Complaint on or about December 22, 2021.  Defendant WAL-MART REAL ESTATE BUSINESS TRUST received service of summons and a copy of the Complaint on December 29, 2021. Defendants  WAL-MART STORES EAST, LP, WALMART INC (named and served by its former designation, Wal-Mart Stores, Inc.) and SAM'S EAST, INC. received service of summons and a copy of the Complaint on January 21, 2022.  The Defendants  file this notice of Removal within thirty (30) days after service of summons and a copy of this Complaint.

3.

Defendant Sam's East, Inc. is an Arkansas corporation with its principal place of business in the State of Arkansas, and it was not a citizen of the State of Georgia at the time of or immediately prior to the filing and service of this lawsuit or at any time thereafter.

4.

Defendant Wal-Mart Stores East, LP is a Delaware limited partnership, of which WSE Management, LLC is the only general partner, and WSE Investment,

LLC is the only limited partner. The sole member of WSE Management, LLC and of WSE Investment, LLC is Wal-Mart Stores East, LLC, and the sole member of Wal-Mart Stores East, LLC is Walmart Inc. Walmart Inc. is a Delaware corporation with its principal place of business in the State of Arkansas, and it was not a citizen of the State of Georgia at the time of or immediately prior to the filing and service of this lawsuit or at any time thereafter.

5.

Defendant Walmart Inc. (named and served by its former designation, Wal-Mart Stores, Inc.) is a Delaware corporation with its principal place of business in the State of Arkansas.  Defendant Walmart Inc. was not a citizen of the State of Georgia at the time of or immediately prior to the filing and service of said lawsuit, or at any time thereafter.

6.

Sam's Real Estate Business Trust is a Delaware statutory trust for which citizenship for diversity purposes is based on the citizenship of its beneficial owners. *See Conagra Foods, Inc. v. Americold Logistics, LLC*, 776 F.3d 1175, 1181 (10th Cir. 2015).  The sole beneficial owner of Sam's Real Estate Business Trust is Sam's Property Co.  Sam's Property Co. is a Delaware corporation with its principal place of business in the State of Arkansas, and it was not a citizen of the State of Georgia

at the time of or immediately prior to the filing and service of this lawsuit or at any time thereafter

7.

Defendant Wal-Mart Real Estate Business Trust is a Delaware statutory trust for which citizenship for diversity purposes is based on the citizenship of its beneficial owners. *See id.* The sole beneficial owner of Wal-Mart Real Estate Business Trust is Wal-Mart Property Co. Wal-Mart Property Co. is a Delaware corporation with its principal place of business in the State of Arkansas, and it was not a citizen of the State of Georgia at the time of or immediately prior to the filing and service of this lawsuit or at any time thereafter.

8.

Vickie Benton is a citizen of the State of Georgia.

9.

The citizenship of the fictitious John Doe is disregarded for purposes of determining jurisdiction. 28 U.S.C. § 1441(a).

10.

The citizenship of the fictitious ABC Corporations 1 and 2 are disregarded for purposes of determining jurisdiction. 28 U.S.C. § 1441(a).

11.

Complete diversity of citizenship exists between Plaintiff and Defendants.

12.

Plaintiff claims injuries to her left ankle and right knee along with physical pain and suffering, and extensive medical expenses in excess of $54,411.00 (See Exhibit A, Medicare Medical Expenses Printout from 5/10/2020 to 12/15/2020. Additionally, on September 9, 2020, Plaintiff underwent a left partial excision distal fibular nonunion fragment, Brostom-Gould procedure, and peroneal brevis and longus tenolysis. (See Exhibit "B" September 9, 2020 Operative Report)  The amount in controversy, exclusive of interest and costs, exceeds $75,000.

13.

This action is removable pursuant to 28 U.S.C. §§ 1332, 1441, based on complete diversity of citizenship between Plaintiff and Defendants.

14.

Pursuant to the provisions of 28 U.S.C. § 1446, Defendant has attached as Exhibit "C" copies of all the pleadings that were provided to and served upon Defendants, including copies of all pleadings that have been filed to date in the State Court of Muscogee County, Georgia for the above-styled case.

15.

Pursuant to 28 U.S.C. § 1446, Defendants are not required to file a removal bond.

16.

Written notice of the filing of this Notice of Removal will be given to all parties as required by 28 U.S.C. § 1446.

17.

A true and correct copy of this Notice of Removal will be filed with the Clerk of the State Court of Muscogee County, Georgia, as required by 28 U.S.C. § 1446.

WHEREFORE, Defendants prays that the above-captioned lawsuit be removed to the United States District Court for the Middle District of Georgia, Columbus Division.

McLAIN & MERRITT, P.C.

*/s/ Mark L. Pickett*
Mark L. Pickett
Georgia State Bar No. 578190
Attorney for Defendants

## CERTIFICATE OF SERVICE

This is to certify that on January 28, 2022, I electronically filed a **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record.

                                            McLAIN & MERRITT, P.C.

                                            */s/ Mark L. Pickett*
                                            Mark L. Pickett
                                            Georgia State Bar No. 578190
                                            Attorney for Defendants

3445 Peachtree Road, N.E., Suite 500
Atlanta GA  30326-3240
(404) 365-4516
(404) 364-3138 (Fax)
mpickett@mmatllaw.com